EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> Manuel Javier González del Toro | 2017 TSPR 60 <br><br> 197 DPR ____ |

Número del Caso: TS-15,862

Fecha: 24 de abril de 2017

Abogado del peticionario:

      Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Manuel Javier González del
Toro

TS-15,862

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de abril de 2017.

Examinada la *Solicitud de cambio a estatus de abogado activo en el Registro Único de Abogados y Abogadas* presentada por el peticionario Manuel Javier González del Toro, se provee ha lugar. Se ordena a la Secretaría registrar el cambio en el Registro Único de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y lo certifica Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo